IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) 2:16-PO-00062-CKD
                                 )
        Plaintiff,                ) GOVERNMENT'S MOTION TO DISMISS
                                 )
    v.                            )
                                 )
ALI ALMORSHED,                   ) DATE:  June 30, 2016
                                 ) TIME:  9:30 a.m.
        Defendant.                ) JUDGE: Hon. Carolyn K. Delaney
                                 )
```

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss case number 2:16-PO-00062-CKD without prejudice is GRANTED. The trial date currently set for June 30, 2016 is VACATED.

     IT IS SO ORDERED.

Dated:  July 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE